UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROBERT CAVAZOS, )
)
        Plaintiff, )
) NO.  CV-07-3001-CI
  v. )
)
MICHAEL J. ASTRUE, ) **JUDGMENT IN A**
Commissioner of Social Security, ) **CIVIL CASE**
)
        Defendant. )
_____)

**DECISION BY THE COURT:**

    This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

    Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for further administrative proceedings.  Judgment is entered for Plaintiff.

    DATED this 5th day of February, 2008.

                                            JAMES R. LARSEN
                                            District Court Executive/Clerk

                                            s/ L. Stejskal
                                            Deputy Clerk